# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | 2:16-cv-00265-GMN-CWH |
| BRADLEY CAMPOS, | **ORDER** |
| Defendant. | |

Before the Court is the Stipulation and Order for Modification of Conditions of Release: supporting Declaration of Marcia A. Morrissey (ECF No. 602).

This stipulation is not signed by all parties.

Accordingly,

IT IS HEREBY ORDERED that Stipulation and Order for Modification of Conditions of Release: supporting Declaration of Marcia A. Morrissey (ECF No. 602) is DENIED without prejudice.

DATED this 4th day of May, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE