# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | 2:16-cr-00265-GMN-CWH |
| BRADLEY CAMPOS, | **ORDER** |
| Defendant. | |

Before the Court is *United States of America v. Bradley Campos*, case no. 2:16-cr-00265-GMN-CWH.

On May 4, 2018, the Court denied the parties Stipulation and Order for Modification of Conditions of Release (ECF No. 602) because the stipulation is not signed by all parties. (ECF No. 603).

Upon further review, the stipulation is sufficiently signed by Ms. Morrissey and Ms. Silva. (ECF No. 602 at p. 2).

Accordingly,

IT IS HEREBY ORDERED that ECF No. 603 is VACATED.

IT IS FURTHER ORDERED that the Stipulation and Order for Modification of Conditions of Release (ECF No. 602) is GRANTED.

IT IS FURTHER ORDERED that the conditions of Mr. Campos' pretrial release is modified to remove the Home Detention requirement and substitute Stand Alone Monitoring in its place.

DATED this 7th day of May, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE