NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
DAVID L. JAFFE
Chief, Organized Crime and Gang Section
United States Department of Justice
CRISTINA D. SILVA
Assistant United States Attorney
Nevada Bar No. 13760
DANIEL R. SCHIESS
Assistant United States Attorney
Nevada Bar No. 5483
CHRISTOPHER BURTON
Assistant United States Attorney
Nevada Bar No. 12940
JOHN HAN
Trial Attorney, Organized Crime and Gang Section
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-5087
cristina.silva@usdoj.gov
dan.schiess@usdoj.gov
chritopher.burton4@usdoj.gov
john.han@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **United States of America,** | 2:16-cr-00265-GMN-CWH |
| Plaintiff, | |
| v. | **Stipulation to Continue Discovery Date Under Fed. R. Crim. P.16(a)(1)(A)-(F)** |
| **Pastor Fausto Palafox,** **Albert Lopez,** **Albert Benjamin Perez,** **James Patrick Gillespie,** **Ernesto Manuel Gonzalez,** **Bradley Campos,** | |

| | |
|---|---|
| 1 | **Cesar Morales, and**<br>**Diego Garcia** |
| 2 | |
| 3 | Defendants. |

The United States and defendants Pastor Fausto Palafox, Albert Lopez, Albert Benjamin Perez, James Patrick Gillespie, Ernesto Manuel Gonzalez, Bradley Campos, Cesar Morales, and Diego Garcia, by their undersigned counsels, stipulate to continue the date by which the Government must provide discovery disclosures pursuant to Fed.R.Crim.P. 16(a)(1)(A)-(F), *See* ECF 1448, from February 15, 2019, to March 1, 2019. This stipulation is entered into based on the following.

On February 8, 2019, the United States informed the defendants that, although it has been working diligently to produce discovery through Relativity (the program through which most of the discovery has been produced in this case and includes production bates numbers and an index), due to complexities inherent to Relativity, it could not produce discovery through Relativity by February 15, 2019, the deadline established in the January 15, 2019, status conference (*see* ECF No. 1448). The United States informed the defendants it can nevertheless meet its discovery production obligation by the February 15, 2019, deadline by producing discovery in a format outside of Relativity that would not include production bates numbers or an index. The Government informed counsel it would then produce a duplicate copy of discovery with production bates numbers and an index two weeks later – March 1, 2019. The Government asked the defendants if they would alternatively prefer to agree to a two-week continance so they could receive the discovery only once, that is through Relativity. Each agreed.

1     Based on the foregoing, the parties ask the Court to accept this stipulation.

2     DATED this 11th day of February 2019.

3     Respectfully,

NICHOLAS A. TRUTANICH
United States Attorney

*/ s / Christopher Burton*

_____
CRISTINA D. SILVA
DANIEL R. SCHIESS
CHRISTOPHER BURTON
Assistant United States Attorneys
JOHN HAN
Trial Attorney

| | |
|---|---|
| s/ Amy E. Jacks | /s/ Mark Fleming |
| AMY ELIZABETH JACKS | MARK FLEMING |
| *Counsel for Pastor F. Palafox* | *Counsel for Albert Lopez* |
| s/ Andrea Luem | /s/ Jess Marchese |
| ANDREA LUEM | JESS MARCHESE |
| *Counsel for Albert B. Perez* | *Counsel for James P. Gillespie* |
| s/ Michael Kennedy | /s/ Marcia A. Morrissey |
| MICHAEL KENNEDY | MARCIA A. MORRISSEY |
| *Counsel for Ernesto Manuel Gonzalez* | *Counsel for Bradley Michael Campos* |
| s/Christopher Oram | /s/ Kathleen Bliss |
| CHRISTOPHER ORAM | KATHLEEN BLISS |
| *Counsel for Cesar Vaquera Morales* | *Counsel for Diego Chavez Garcia* |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **United States of America**, | 2:16-cr-00265-GMN-CWH |
| Plaintiff, | **Order on Stipulation to Continue Discovery Date Under Fed. R. Crim. P.16(a)(1)(A)-(F)** |
| v. | |
| **Pastor Fausto Palafox, Albert Lopez, Albert Benjamin Perez, James Patrick Gillespie, Ernesto Manuel Gonzalez, Bradley Campos, Cesar Morales, and Diego Garcia,** | |
| Defendants. | |

**ORDER**

**IT IS HEREBY ORDERED** that the discovery production date set forth in ECF No. 1448 is continued from February 15, 2019 to March 1, 2019.

Dated February 15, 2019

_____
United States Magistrate Judge

4