1   MARCIA A. MORRISSEY
    Law Office of Marcia A. Morrissey
2   California Bar No. 66921
    11400 W. Olympic Blvd., Suite 1500
3   Los Angeles, California 90064
    (310) 399-3259
4   morrisseyma@aol.com

5   Attorney for Defendant
    BRADLEY M. CAMPOS
6

7

**IN THE UNITED STATES DISTRICT COURT**

8

**FOR THE DISTRICT OF NEVADA**

9

10

11

| | |
|---|---|
| 12  UNITED STATES OF AMERICA, | Case No. 2:16-cr-0265-GMN-CWH |
| 13              Plaintiff, | |
| 14  v. | MOTION FOR WAIVER OF PRO HOC VICE AND FEE |
| 15  BRADLEY CAMPOS (14), | |
| 16              Defendant. | |

17

18          Marcia A. Morrissey, appointed counsel for Bradley Campos, respectfully moves the

19   Court for a pro hoc vice waiver and a waiver of the fee for appearing pro hoc vice in the District

20   of Nevada for purposes of this case only.  In support of this motion, the undersigned states as

21   follows:

22          1.      I am an attorney at law and a member of the law firm of the Law Office of

23   Marcia A. Morrissey, located at 11400 W. Olympic Blvd., Suite 1500, Los Angeles, California,

24   90064, telephone: (310) 399-3259, facsimile (310) 392-9029, email: morrisseyma@aol.com.  I

25   am a member in good standing of the State Bar of California.

26          2.      On June 23, 2017, Brian J. Smith, a member of the Bar of the State of Nevada

27   who is admitted to practice before this Court, was appointed as CJA counsel for Bradley

28   Campos in this matter. ECF 212.

1      3.      On July 19, 2017, the undersigned was appointed as counsel for Bradley Campos

2 in this case under 19 U.S.C. §§ 3005 and 3599.   ECF 326.

3      4.      On March 27, 2019, Mr. Smith moved to withdraw as counsel for Mr. Campos

4 (ECF 1551) and on April 4, 2019, the Court granted Mr. Smith's motion to withdraw (ECF

5 1560).

6      5.      The undersigned is now the sole counsel representing Mr. Campos in this case.

7 In order that insure the continued representation of Mr. Campos without local counsel, it is

8 respectfully requested that the Court waive pro hoc vice admission and the fee for pro hoc vice

9 admission for the undersigned and allow the undersigned to practice before this Court for the

10 purpose of this case only.

11

12

13 Dated: July 15, 2019                    Respectfully submitted,

14                                  */s/ Marcia A. Morrissey*
                                 Marcia A. Morrissey

15

16                                  Attorney for Defendant
                                 Bradley M. Campos

17

18

19

20

21

22

23

24

25

26

27

28

MARCIA A. MORRISSEY
Law Office of Marcia A. Morrissey
California Bar No. 66921
11400 W. Olympic Blvd., Suite 1500
Los Angeles, California 90064
(310) 399-3259
morrisseyma@aol.com

Attorneys for Defendant
BRADLEY M. CAMPOS

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>v.<br><br>BRADLEY CAMPOS (14),<br><br>                  Defendant. | Case No. 2:16-cr-00265-GMN-CWH<br><br><br>ORDER GRANTING MOTION FOR<br>WAIVER OF PRO HOC VICE AND FEE |

Before the Court is a Motion for Waiver of Pro Hoc Vice and Fee in *United States of America v. Bradley Campos,* case no. 2:16-cr-00265-GMN-CWH.

IT IS HEREBY ORDERED that the Motion for Waiver of Pro Hoc Vice and Fee, (ECF No. 1701), filed by Marcia A. Morrissey, attorney for Bradley Campos, is GRANTED.

Dated this __18__ day of July, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT