THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>PASTOR FAUSTO PALAFOX,<br>ALBERT LOPEZ,<br>ALBERT BENJAMIN PEREZ,<br>JAMES PATRICK GILLESPIE,<br>ERNESTO MANUEL GONZALEZ,<br>BRADLEY MICHAEL CAMPOS,<br>CESAR VAQUERA MORALES, and<br>DIEGO CHAVEZ GARCIA,<br><br>        Defendants. | 2:16-cr-00265-GMN-CWH-1-4, 6, & 14-16<br><br>DATE: August 19, 2019<br><br>Courtroom 7D |

THE HONORABLE GLORIA M. NAVARRO, CHIEF UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: Aaron Blazevich      COURT REPORTER: Heather Newman

COUNSEL FOR PLAINTIFF: Dan Schiess, John Han, and Tracey Batson with Special Agent Matthew Neal, Investigator Peter Grimm, and Officer David Arboreen, Special Agent Matthew Ware

COUNSEL FOR DEFENDANT: Amy Jacks, Daniel Hill, Andrea Luem, Jess Marchese, Christopher Oram, Shawn Perez, David Fischer, Michael Kennedy, Mark Fleming, Marcia Morrissey, Kathleen Bliss, Ivette Maningo with Nona Dodson, Tatum Wehr, and Lucy Hallett

MINUTES OF PROCEEDINGS: Jury Trial (Day 10)

9:08 a.m. The Court reconvenes outside the presence of the prospective jurors. Mr. Fleming addresses the Court regarding his Emergency Motion in Limine to Conditionally Admit Records from the Henry Mayo Hospital, (ECF No. 1796). Ms. Batson responds. The Court GRANTS the Emergency Motion in Limine to Conditionally Admit Records from the Henry Mayo Hospital, (ECF No. 1796). **The Court conditionally ADMITS EXHIBIT 5511 under Rule 104(b).**

9:25 a.m. The jury enters the courtroom. Counsel make their appearances for the record. **AGENT AGOSTINO BRANCATO**, called on behalf of the Government and previously sworn, continues testifying on cross examination by Mr. Fleming on behalf of Mr. Lopez. **EXHIBITS 5516, 5517, and 5517A are marked but not admitted into evidence. EXHIBIT 5518 is ADMITTED into evidence.**

10:42 a.m. The jury is admonished and excused for a morning break.

///
///
///

11:34 a.m.  The jury enters the courtroom.  **AGENT AGOSTINO BRANCATO**, called on behalf of the Government and previously sworn, continues testifying on cross examination by Mr. Fleming on behalf of Mr. Lopez.  **EXHIBIT 5521 is ADMITTED into evidence.  EXHIBITS 5523, 5524, 5527, and 101T are marked but not admitted into evidence.**

12:59 p.m.  The jury is admonished and excused for an afternoon break.

1:23 p.m.  The jury enters the courtroom.  **AGENT AGOSTINO BRANCATO**, called on behalf of the Government and previously sworn, continues testifying on cross examination by Mr. Fleming on behalf of Mr. Lopez.  **EXHIBIT 5528 is ADMITTED into evidence.**  Ms. Luem conducts cross examination on behalf of Mr. Perez.  **EXHIBIT 6001 is marked but not admitted into evidence.**

1:54 p.m.  The jury is admonished and excused for the evening.

1:55 p.m.  The Court reconvenes outside the presence of the jury.  Ms. Batson requests defense counsel inform the government of the clips, time stamps, and ROI numbers prior to audio clips being played.  Mr. Kennedy responds.

2:00 p.m.  The Court adjourns.

Jury Trial continued to Monday, August 26, 2019, at 9:00 a.m. in Courtroom 7D before Chief Judge Gloria M. Navarro.

 

DEBRA K. KEMPI, CLERK
U.S. DISTRICT COURT

BY:_____/S/_____
Aaron Blazevich, Deputy Clerk