# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> PASTOR FAUSTO PALAFOX, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Case No.: 2:16-cr-00265-GMN-NJK <br><br> **ORDER** |

The Court has reviewed and compared the notes provided *in camera* with the letter sent to defense counsel.

Accordingly,

**IT IS HEREBY ORDERED** that the Government shall disclose the unredacted information contained in the SEALED Attachment.

**DATED** this __3__ day of October, 2019.

_____
Gloria M. Navarro, District Judge
United States District Court