KATHLEEN BLISS, ESQ.
Nevada Bar No. 7606
kb@kathleenblisslaw.com
KATHLEEN BLISS LAW PLLC
1070 West Horizon Ridge Pkwy., Suite 202
Henderson, Nevada 89012
Telephone: 702.463.9074
IVETTE AMELBURU MANINGO, ESQ.
Nevada Bar No. 7076
THE LAW OFFICES OF IVETTE AMELBURU MANINGO
400 S. 4th Street, Suite 500
Las Vegas, NV 89101
Telephone: 702.793.4046

*Attorneys for Diego Garcia*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DIEGO GARCIA, *et. al.*,<br><br>Defendants. | CASE NO.: 2:16-cr-00265-GMN-NJK<br><br>**ORDER** |

This Court, having read and considered Defendants' Motion for Financial Assistance With Food and Lodging Expenses During Trial, (ECF No. 1839), hereby grants the motion in part, finding that lodging expenses incurred by Defendants Diego Chavez Garcia, Albert Lopez, Bradley Campos, and Cesar Morales during trial in this matter constitute "other services necessary for adequate representation[,]" under the Criminal Justice Act, 18 U.S.C. § 3006A(e)(1), (the "CJA").

///

///

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion for Financial Assistance With Food and Lodging Expenses During Trial, (ECF No. 1839), is **GRANTED in part and DENIED in part**. Lodging expenses incurred by Defendants Diego Chavez Garcia, Albert Lopez, Bradley Campos, and Cesar Morales during trial in this matter will be reimbursed, up to $10,000.00, under the CJA upon submission and approval of CJA vouchers containing all required documentation.[1] The Motion is denied as to food expenses.

**DATED** this 24 day of October, 2019.

_____
Gloria M. Navarro, District Judge
United States District Court

---

[1] Defendants' counsel may request additional funding for lodging, if necessary.