THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>PASTOR FAUSTO PALAFOX,<br>ALBERT LOPEZ,<br>ALBERT BENJAMIN PEREZ,<br>JAMES PATRICK GILLESPIE,<br>ERNESTO MANUEL GONZALEZ,<br>BRADLEY MICHAEL CAMPOS,<br>CESAR VAQUERA MORALES, and<br>DIEGO CHAVEZ GARCIA,<br><br>    Defendants. | 2:16-cr-00265-GMN-CWH-1-4, 6, & 14-16<br><br>DATE: November 12, 2019<br><br>Courtroom 7D |

THE HONORABLE GLORIA M. NAVARRO, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: Aaron Blazevich        COURT REPORTER: Patty Ganci

COUNSEL FOR PLAINTIFF: Dan Schiess, John Han, and Tracey Batson with Special Agent Matthew Neal, Investigator Peter Grimm, and Officer David Arboreen, Special Agent Matthew Wear

COUNSEL FOR DEFENDANT: Amy Jacks, Daniel Hill, Andrea Luem, Jess Marchese, Christopher Oram, Shawn Perez, David Fischer, Michael Kennedy, Mark Fleming, Marcia Morrissey, Kathleen Bliss, Ivette Maningo with Tatum Wehr and Lucy Hallett

MINUTES OF PROCEEDINGS: Jury Trial (Day 47)

10:53 a.m.  The Court convenes outside the presence of the jury.  Mr. Fleming states that the Government is intending to call witness **DEBORAH THORNHILL** but he believes she is not a percipient witness and requests a proffer from the Government regarding the admissibility of her testimony.  Ms. Bliss, on behalf of Diego Garcia, joins Mr. Fleming's request.  Mr. Schiess responds.  Ms. Morrissey responds.  The Court will take a lunch break to allow the parties to investigate these issues further.  Ms. Jacks indicates she has filed a Motion in Limine, (ECF No. 1972).

11:50 a.m.  The Court stands at recess for lunch.

12:54 p.m.  The Court convenes outside the presence of the jury.  The Court and parties further discuss issues from earlier in the morning.  The Court will provide the jury instruction requested by Defendants.

1:24 p.m.  The jury enters the courtroom.  **DEBORAH THORNHILL**, called on behalf of the Government, is sworn and testifies on direct examination by Mr. Schiess.  **EXHIBITS 289A and 289D are marked but not admitted into evidence.**  Mr. Fleming conducts cross examination on behalf of

Mr. Lopez.  Mr. Schiess conducts redirect examination on behalf of the Government.  The witness is excused.

1:34 p.m.  **OFFICER JOSHUA MELVIN**, called on behalf of the Government, is sworn and testifies on direct examination by Ms. Batson.  **EXHIBITS 289A and 289D are ADMITTED into evidence.**  The witness is excused.

1:42 p.m.  Mr. Schiess reads a stipulation pertaining to **EXHIBIT 133**, a vest from Defendant Bradley Campos's residence.  Ms. Morrissey stipulates.  **EXHIBIT 133 is ADMITTED into evidence as to Defendant Bradley Campos.**

1:44 p.m.  The jury is admonished and excused for the evening.

1:45 p.m.  The Court convenes outside the presence of the jury.  The Court and parties discuss Defendant Palafox's Motion in Limine, (ECF No. 1972).  Mr. Schiess responds to the motion orally on behalf of the Government.  The Court GRANTS the Motion in Limine, (ECF No. 1972), and rules that **EXHIBITS 57 and 58** are inadmissible.  Mr. Fleming addresses further issues pertaining to the testimony of upcoming witness **SPECIAL AGENT MATTHEW NEAL**.  Mr. Schiess responds.  Mr. Schiess discusses a stipulation as to **EXHIBITS 4, 5, 7, 8, 9, 14, 29, 30, 31, 358, 35, 37, 38, 39, 41, 43, 44, 45, 46, 47, 53, and 55.**  Ms. Jacks responds.  Ms. Bliss objects on behalf of Mr. Garcia as to the conspiracy count.  Ms. Morrissey and Mr. Oram join on behalf of Mr. Campos and Mr. Morales, respectively.  Mr. Kennedy objects to any hearsay arguments.  Ms. Jacks responds.  Mr. Schiess responds.  Mr. Schiess informs the Court that another witness will be called in the morning.  Ms. Bliss asks how long the Government think the testimony of **SPECIAL AGENT MATTHEW NEAL** will take.  Mr. Schiess responds.

2:23 p.m.  The Court adjourns.

Jury Trial continued to Wednesday, November 13, 2019, at 9:00 a.m. in Courtroom 7D before Judge Gloria M. Navarro.

                                              DEBRA K. KEMPI, CLERK
                                              U.S. DISTRICT COURT

                                              BY:_____/S/_____
                                              Aaron Blazevich, Deputy Clerk