THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>PASTOR FAUSTO PALAFOX,<br>ALBERT LOPEZ,<br>ALBERT BENJAMIN PEREZ,<br>JAMES PATRICK GILLESPIE,<br>ERNESTO MANUEL GONZALEZ,<br>BRADLEY MICHAEL CAMPOS,<br>CESAR VAQUERA MORALES, and<br>DIEGO CHAVEZ GARCIA,<br><br>   Defendants. | 2:16-cr-00265-GMN-CWH-1-4, 6, & 14-16<br><br>DATE: November 19, 2019<br><br>Courtroom 7D |

THE HONORABLE GLORIA M. NAVARRO, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: Aaron Blazevich     COURT REPORTER: Patty Ganci

COUNSEL FOR PLAINTIFF: Dan Schiess, John Han, and Tracey Batson with Special Agent Matthew Neal, Investigator Peter Grimm, and Officer David Arboreen, Special Agent Matthew Wear

COUNSEL FOR DEFENDANT: Amy Jacks, Daniel Hill, Andrea Luem, Jess Marchese, Christopher Oram, Shawn Perez, David Fischer, Michael Kennedy, Mark Fleming, Marcia Morrissey, Kathleen Bliss, Ivette Maningo with Tatum Wehr and Lucy Hallett

MINUTES OF PROCEEDINGS: Motion Hearing

9:07 a.m. The Court convenes outside the presence of the jury. Mr. Perez and Mr. Gillespie are not present, and counsel waives their appearances. The Court hears arguments by Mr. Han on the Motion in Limine to Exclude Testimony of Defense Expert Sue Peters, (ECF No. 1974). Mr. Kennedy responds on behalf of Mr. Gonzalez. The Court **DENIES** the Motion in Limine, (ECF No. 1974).

9:35 a.m. The Court hears arguments by Mr. Oram on behalf of Mr. Gonzalez on the Motion to Strike the Testimony of Gary Rudnick, (ECF No. 1876). Mr. Han responds on behalf of the Government. Mr. Oram replies on behalf of Mr. Gonzalez. The Court will take this motion under submission.

10:04 a.m. The Court asks the Government if they will be able to rest when trial resumes on Monday, November 25, 2019, at 9:00 a.m. Mr. Schiess indicates that the Government will not present any additional witnesses. Mr. Fleming requests the deadline to file Rule 29(a) written motions be extended from 2:00 p.m. until later in the day. The Court will allow defense to file their written Rule 29(a) motions until 5:00 p.m. today. Mr. Perez states he will be unavailable for part of Thursday morning. Mr. Fischer states that he has a change of plea Thursday morning and Mr.

Gonzalez waives his presence for that hearing. The Court will start the motion hearing at 10:00 a.m. on Thursday, November 21, 2019.

10:11 a.m. The Court adjourns.

                                                              DEBRA K. KEMPI, CLERK
                                                              U.S. DISTRICT COURT

                                                              BY:_____/S/_____
                                                              Aaron Blazevich, Deputy Clerk