KATHLEEN BLISS LAW PLLC
1070 W. HORIZON RIDGE PARKWAY, SUITE 202
HENDERSON, NEVADA 89012
TEL : 702.463.9074

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:16-cr-265-GMN-NJK |
| Plaintiff; | **ORDER** |
| vs. | |
| DIEGO GARCIA, *ET AL*. | |
| Defendants | |

The Court, having fully considered the Motion for Travel Assistance pursuant to 18 U.S.C. § 4285 by Defendants Diego Garcia, Bradley Campos, Albert Lopez, and Cesar Morales FINDS:

1. Defendants are not in custody for trial in this case, which commenced on July 29, 2019, and which will continue at least and until December 2, 2019, based on the current status of trial.

2. The Court has determined, based upon the financial affidavits of Defendants, that each are indigent pursuant to the Criminal Justice Act, 18 U.S.C§ 3006A(e)(1) each defendant has appointed counsel.

3. Good cause exists for this Order, requiring the United States Marshal for the District of Nevada to arrange and pay for defendants' return travel for recommencement of trial on December 2, 2019, at 9 a.m.

IT IS THEREFORE ORDERED that the United States Marshal for the District of Nevada provide the defendants with subsistence and noncustodial transportation by Government Travel Request for the defendants' one-way travel to Las Vegas, Nevada. The travel arrangements shall allow sufficient time for defendants to make their court appearance at 9:00 a.m. on Monday December 2, 2019.

Dated this __26__ day of November, 2019.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT