KATHLEEN BLISS LAW PLLC
1070 W. HORIZON RIDGE PARKWAY, SUITE 202
HENDERSON, NEVADA 89012
TEL : 702.463.9074

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff;<br><br>vs.<br><br>DIEGO GARCIA, *et al.*,<br><br>Defendants | CASE NO.: 2:16-cr-265-GMN-NJK<br><br>**ORDER** |

The Court, having fully considered the Motion for Defense Witness Travel Assistance, (ECF No. 2048), pursuant to 28 U.S.C. § 1821 submitted by Defendant Diego Garcia on behalf of all Group 1 Defendants, Pastor Palafox, Albert Perez, James Gillespie, Ernesto Gonzalez, Cesar Morales, Albert Lopez, Bradley Campos, and Diego Garcia, FINDS:

1. The trial in this case commenced on July 29, 2019. The Defense commenced its case and witness testimony on November 25, 2019.

2. Since the commencement of the Defense's case, several Defense witnesses have traveled to Las Vegas for testimony but due to unforseen circumstances, have been unable to testify.

3. Most recently, four (4) court dates (1/6/20; 1/7/20; 1/13/20; and 1/14/20) scheduled for testimony of Defense witnesses were cancelled due to juror illness. As such, said Defense witnesses, some on more than one occasion, have had to return to their original destinations and rescheduled for future testimony.

4. These circumstances causing the delay in the trial and the delay of the testimony of Defense witnesses were unforeseeable and said delay has not been caused by the

Defense.

5. Good cause exists for this Order, requiring the United States Marshal for the District of Nevada to continue its efforts to arrange, coordinate and pay for Defense witness travel, housing, and related costs for the remainder of this trial, expected to last through the end of February 2020.

IT IS HEREBY ORDERED that in light of these unforeseen circumstances, good cause exists for the United States Marshal for the District of Nevada to continue its efforts to facilitate the transportation and housing of Defense witnesses, some of which may be duplicative of prior efforts, pursuant to 28 U.S.C. § 1821.

IT IS FURTHER ORDERED that Defendants' Motion for Witness Travel Assistance, (ECF No. 2048), is GRANTED consistent with the foregoing.

Dated this 15 day of January, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT