THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>PASTOR FAUSTO PALAFOX,<br>ALBERT LOPEZ,<br>ALBERT BENJAMIN PEREZ,<br>JAMES PATRICK GILLESPIE,<br>ERNESTO MANUEL GONZALEZ,<br>BRADLEY MICHAEL CAMPOS,<br>CESAR VAQUERA MORALES, and<br>DIEGO CHAVEZ GARCIA,<br><br>    Defendants. | 2:16-cr-00265-GMN-CWH-1-4, 6, & 14-16<br><br>DATE: January 31, 2020<br><br>Courtroom 7D |

THE HONORABLE GLORIA M. NAVARRO, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: Blanca Lenzi     COURT REPORTER: Patty Ganci

COUNSEL FOR PLAINTIFF: Dan Schiess, John Han, and Tracey Batson with Special Agent Matthew Neal, Investigator Peter Grimm, and Detective David Arboreen, Special Agent Matthew Wear

COUNSEL FOR DEFENDANT: Amy Jacks, Daniel Hill, Andrea Luem, Jess Marchese, Christopher Oram, Shawn Perez, David Fischer, Michael Kennedy, Mark Fleming, Marcia Morrissey, Kathleen Bliss, Ivette Maningo with Tatum Wehr and Lucy Hallett

MINUTES OF PROCEEDINGS: Jury Trial (Day 68)

1:41 p.m. The Court convenes outside the presence of the jury. The Court DENIES Mr. Lopez's Motion in Limine to Prohibit the Government from Vouching for Cooperating Witness Gary Rudnick During its Closing Argument, (ECF No. 2077). The Court hears arguments on Mr. Garcia's MOTION in Limine Precluding Government From Arguing Theories Not Based Upon Evidence Failed to Introduce at Trial, Including the Mental State of Villagrana (ECF 2081); the Motion is GRANTED. The Court and parties finalize jury instructions.

4:20 a.m. The Court adjourns.

///

///

///

Jury Trial continued to Monday, February 3, 2020, at 9:00 a.m. in Courtroom 7D before Judge Gloria M. Navarro.

DEBRA K. KEMPI, CLERK
U.S. DISTRICT COURT

BY:_____/S/_____
Blanca Lenzi, Deputy Clerk