# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PASTOR FAUSTO PALAFOX,<br>ALBERT LOPEZ,<br>ALBERT BENJAMIN PEREZ,<br>JAMES PATRICK GILLESPIE,<br>ERNESTO MANUEL GONZALEZ,<br>BRADLEY MICHAEL CAMPOS,<br>CESAR VAQUERA MORALES, and<br>DIEGO CHAVEZ GARCIA,<br><br>Defendants. | **AMENDED ORDER EXONERATING BOND**<br><br>Case No.: 2:16-cr-00265-GMN-NJK1-4, 6, & 14-16 |

On February 24, 2020, a jury acquitted Defendant Albert Lopez, Bradley Michael Campos, Cesar Vaquera Morales, and Diego Chavez Garcia, all of whom were on bond, of all charges in the above-captioned case.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' bonds are hereby **EXONERATED**.

**IT IS FURTHER ORDERED** that the Clerk's Office is directed to return any funds or collateral posted by the Defendants.

///
///
///
///
///

**IT IS FURTHER ORDERED** that this **ORDER** specifically includes the Grant Deed for the following real property, executed by Joseph and Donna Sanchez, on September 25, 2018:

Lot 101 of Tract No. 27994, in the City of Santa Clarita, County of Los Angeles, State of California as per map recorded in Book 722. Pages 87-90 inclusive of maps, in the Office of the County Recorder of said County. PARCEL Number 2849020900.

DATED this 10th day of March, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court